# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 25, 2013

Lyle W. Cayce
Clerk

No. 12-50730
Summary Calendar

EVERETT WATSON,

Plaintiff-Appellant

v.

FLUOR DANIELS, INCORPORATED,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:11-CV-217

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed.

Mr. Watson is apparently a skilled electrician who suffers from a heart condition that disqualified him from intended employment with Fluor Daniels, Inc. He brought this lawsuit seeking damages for his misfortune. The magistrate judge has explained by order dated March 1, 2012, why the lawsuit

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-50730

lacks legal merit, and the district judge has adopted that report and dismissed the case.

Mr. Watson's problem is that he has only his statements and views of the law to support his claims. There is no evidence of an actual employment contract or breach as required by the law and no legal support for the other claims. The magistrate judge's reasons should be accepted by him, and this court must affirm the judgment.

AFFIRMED.